From: ecf-helpdesk CACD ecf-helpdesk@cacd.uscourts.gov
Subject: RE: ECF & Prosecutors Declaration
Date: Mar 14, 2023 at 12:25:54 PM
To: Mafia Monthly sp.patterson@gmail.com

What was the transfer error message? Please provide a screen shot if you had one. May I suggest you try uploading the documents through EDSS using a different browser like Google Chrome or Mozilla Firefox? You may also wish to flatten the PDF document before uploading or reduce the file size.

CM/ECF Help Desk Team

**From:** Mafia Monthly <sp.patterson@gmail.com>
**Sent:** Tuesday, March 14, 2023 12:13 PM
**To:** ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>
**Subject:** Re: ECF & Prosecutors Declaration

**CAUTION - EXTERNAL:**

ECF;

The inquiry is about the Transfer error; it occurred when I sent the Prosecutors Declaration; the system did not send the date and code, just the Signature; (technical explanation); the Word Doc was converted to PDF, then I Signed and Dated the Declaration & US Code;

The Judge sent a notice of deficiencies, However it was overlooked on both parties, after I read the reasoning for my dismissal; I resent the documents thru the system again with the email I sent to Technical Support;

Sent from my iPhone

On Mar 14, 2023, at 11:55 AM, ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov> wrote:

Mr. Patterson,

It appears the court has issued Order docket #74 Denying the Motions for Reconsideration on March 13, 2023, and electronic notices was sent to sp.patterson@gmail.com. For further details, please download a copy of the Order on Pacer.

| 03/13/2023 | view74 | ORDER DENYING MOTION FOR RECONSIDERATION 70 71 73 by Judge Cormac J. Carney. The motion, (Dkt. 70; Dkt. 71; Dkt. 73), is DENIED. No further filings by Plaintiff/Plaintiffs will be entertained in this closed case. (rolm) (Entered: 03/13/2023) |
|---|---|---|

CM/ECF Help Desk Team
U.S. District Court, Central District of California
http://www.cacd.uscourts.gov/e-filing/cmecf-helpdesk

**From:** Mafia Monthly <sp.patterson@gmail.com>
**Sent:** Tuesday, March 14, 2023 11:17 AM
**To:** ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>
**Subject:** Re: ECF & Prosecutors Declaration

**CAUTION - EXTERNAL:**

 **Name:** Sean Patterson

**Tracking Number:** EDS-230313-000-7131

**Date:** 3/13/2023 7:11:24 PM

Uploaded files:

1. **Prosecutors Declaration.pdf**
   *Date & US Code did not go thru*
2. **ECF & Prosecutors Declaration.pdf**
   *Email to CJC & ECF technical support*

8:22-cv-02128

Sent from my iPhone

On Mar 13, 2023, at 3:50 PM, ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov> wrote:

Good Afternoon,

What case number are you referring to?

---

**From:** Mafia Monthly <sp.patterson@gmail.com>
**Sent:** Monday, March 13, 2023 3:45 PM
**To:** ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>
**Cc:** CJCChambers <CJC_Chambers@cacd.uscourts.gov>
**Subject:** ECF & Prosecutors Declaration

**CAUTION - EXTERNAL:**

ECF help desk;

(Dkt. 71), was entered; apparently the deficiencies was that the pdf did not go thru with the Signature, ( Date, & US. code;)

The Date & Code did not appear and was not commented on by the Judge

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.